# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

Clifford W. Taylor,
Chief Justice

132295

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MATTHEW KENNEDY,
      Plaintiff-Appellant,

v

                                   SC: 132295
                                   COA: 268021
                                   Monroe CC: 05-019503-NF

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007

_____
Clerk

s1219